DR-23-M-154

AO 442 (Rev 01/09) Arrest Warrant

**FILED**
January 17, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: __MG CIENEGA__
DEPUTY

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
JUAN ANGELES-CHAVEZ,

Defendant

) 
) 
) Case No.
) 
) **19-20014-CR-ALTONAGA/GOODMAN**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JUAN ANGELES-CHAVEZ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Illegal Reentry after Removal, in violation of Title 8, United States Code, Section 1326(a).

Date: 1/10/19

Yesenia Rodriguez
Jan 14, 2019

*Issuing officer's signature*

City and state: Miami, FL

Angela E. Noble, Clerk of Court / Court Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1-10-19, and the person was arrested on *(date)* 1-15-23
at *(city and state)* Del Rio, TX

Date: 1-17-23

*Arresting officer's signature*

Rosie M Perez, DA, USMS
*Printed name and title*

DR-23-M-154

FILED by __YH__ D.C.

Jan 10, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20014-CR-ALTONAGA/GOODMAN**

8 U.S.C. § 1326(a)

FILED
January 17, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __MG CIENEGA__
DEPUTY

UNITED STATES OF AMERICA

vs.

JUAN ANGELES-CHAVEZ,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

On or about November 20, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JUAN ANGELES-CHAVEZ,**

an alien, having previously been removed and deported from the United States on or about March 22, 2013, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

MONICA V. ATKINS
SPECIAL ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JUAN ANGELES-CHAVEZ

**Case No:** _____

Count #: 1

Illegal Reentry after Removal

Title 8, United States Code, Section 1326(a)

*Max. Penalty: 2 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.